UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20 CR 194 RWS |
| | ) |
| BRETT ANTHONY, | ) |
| | ) |
| Defendant. | ) |

## DETENTION ORDER

On April 6, 2020, defendant BRETT ANTHONY came before the court with counsel for a detention hearing on the government's motion that defendant be detained until trial under the Bail Reform Act of 1986, 18 U.S.C. § 3142. (Doc. 13.) During these proceedings, defendant with the advice of counsel orally and voluntarily waived his right to a detention hearing, knowing that a detention order would be issued, and knowing that he may move for reconsideration of the detention order. At that time the Court orally ordered defendant's pretrial detention. (Doc. 19.)

Thereupon,

**IT IS HEREBY ORDERED** that the motion of the government for the pretrial detention of defendant BRETT ANTHONY (Doc. 13) **is sustained**. Defendant is committed to the custody of the United States Marshals Service until further order.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal. Defendant must be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                    **/S/    David D. Noce**
                                         **UNITED STATES MAGISTRATE JUDGE**

Signed on April 15, 2020.